**Yesica Venegas RODRIGUEZ, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–73224.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2011.*

Filed June 16, 2011.

Yesica Venegas Rodriguez, pro se.

Steven Arthur Seick, Steven A. Seick, Attorney at Law, San Diego, CA, for Petitioners.

James Eugene Grimes, Senior Litigation Counsel, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Yesica Venegas Rodriguez petitions for review of the BIA's denial of her motion to reopen due to ineffective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252. We remand to the BIA

*Barron v. Ashcroft*, 358 F.3d 674, 677 (9th Cir.2004).

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

to consider the effect, if any, of *Mercado–Zazueta v. Holder*, 580 F.3d 1102 (9th Cir.2009), which was decided after the BIA's decision. Additionally, if appropriate, the BIA may consider whether Rodriguez was prejudiced by her prior counsel's performance and any other relevant issues.

PETITION GRANTED; REMANDED.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.